UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHANE PATRICK ASSOCIATES, INC. | : | |
| | : | |
| DEBTOR | : | BKY. NO. 18-16941-pmm |

---

| | | |
|---|---|---|
| MICHAEL H. KALINER, TRUSTEE | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| BAIDWAN HOLDINGS LLC | : | |
| DEFENDANT | : | ADV. NO. 20-00239-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

The Trustee herein, Michael H. Kaliner, by and through his counsel, Fox Rothschild LLP, has filed a Motion for Judgment by Default against Defendant Baidwan Holdings LLC in the amount of $18,854.82 ("Motion").

1. **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **November 12, 2020**, **you or your attorney must file a response to the Motion** (see Instructions on next page).

3. **A hearing on the Motion** is scheduled to held on **November 17, 2020 at 11:00 a.m. in the 4th Floor Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA, 19601.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

115452405.v1

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

    Clerk U.S. Bankruptcy Court
    United States Bankruptcy Court
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA  19601

9. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the response to the Movant's attorney:

    Samuel A. Haaz, Esquire
    Fox Rothschild LLP
    10 Sentry Parkway, Suite 200
    Blue Bell, PA  19422-3001
    shaaz@foxrothschild.com
    Counsel to Trustee/Plaintiff

Date:  October 22, 2020

115452405.v1